**ORIGINAL**

FILED IN CLERK'S OFFICE
U.S.D.C. - Newnan

APR 1 1 2008

James N. Hatten, Clerk
By:
        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

RONNIE CARNEY,                          :
                                        :
        Plaintiff,                      :
                                        :
                                        :       CIVIL ACTION FILE
                                        :
v.                                      :
                                        :       NO.
                                        :       08-CV-040
VIKING COLLECTION                       :
SERVICES, INC., a Miinnesota            :
Corporation                            :
                                        :
        Defendant.                      :
                                        :
_____   :

## COMPLAINT FOR DAMAGES

### INTRODUCTION

1.     This is an action for damages against the Defendant for violations of the

       Federal Fair Debt Collection Practices Act (15 U.S.C. §§ 1692 et seq.)

### SUBJECT MATTER JURISDICTION

2.     Subject matter jurisdiction in this Court is proper pursuant to 15 U.S.C.

       section 1692k(d) and 28 U.S.C. section 1337 (federal question

       jurisdiction).

## PARTIES AND PERSONAL JURISDICTION

3.  Plaintiff RONNIE CARNEY is a resident of this State, District and Division who is authorized by law to bring this action.

4.  Defendant VIKING COLLECTION SERVICES, INC. is a limited liability company organized under the laws of the State of Minnesota. [Hereinafter said Defendant is referred to as "VIKING"]

5.  VIKING is subject to the jurisdiction and venue of this Court.

6.  VIKING may be served by personal service upon its registered agent and/or officer at it's principal place of business, to wit: 7500 Office Ridge Circle, Suite 100, Eden Prairie, MN 55344, or wherever said agent and/or officer may be found.

7.  Alternatively, Defendant may be served by personal or substitute service pursuant to the Federal Rules of Civil Procedure, the laws of the State of Minnesota, and/or the laws of the State of Georgia.

8.  Other defendants may be discovered in the course of litigation, and Plaintiff respectfully prays that the Court will permit the addition of later discovered parties upon motion.

- 2 -

## FACTS COMMON TO ALL CAUSES

9.      Defendant uses telephone communications in its business.

10.     Defendant uses the mails in its business.

11.     The principal purpose of Defendant's business is the collection of debts.

12.     Defendant regularly collects or attempts to collect debts owed or due or

        asserted to be owed or due to another.

13.     Defendant is a debt collector subject to the provisions of the Federal Fair

        Debt Collection Practices Act.

14.     Defendant attempted to contact Plaintiff by twice by telephone and left

        voice messages.

15.     In these messages, Defendant does not identify itself as a debt collector.

16.     In these messages, Defendant does not state that it is attempting to collect

        a debt.

17.     In these messages, the caller did not meaningfully disclose the name of

        their company and the nature of their company's business.

18.     Defendant, by and through its collection agent employees,  has left prior

        similar messages that also failed to make the necessary disclosures as

        required by law.

- 3 -

19.     Defendant's communications violate the federal Fair Debt Collection
        Practices Act.

20.     Plaintiff has complied with all conditions precedent to bring this action.

## CAUSES OF ACTION

## COUNT ONE: FAIR DEBT COLLECTION PRACTICES ACT

21.     Defendant's violations of the FDCPA include, but are not limited to, the
        following:

22.         The placement of telephone calls without meaningful
            disclosure of the caller's identity, in violation of 15 U.S.C. §
            1692d(6);

23.         The use of any false, deceptive, or misleading representations or
            means in connection with the collection of any debt, in violation of
            15 U.S.C. § 1692e; and

24.         The failure to disclose in subsequent communications that
            the communication is from a debt collector, in violation of
            15 U.S.C. § 1692e(11).

- 4 -

25.    As a result of Defendant's actions, Plaintiff is entitled to an award of

statutory damages, as well as an award of costs and attorney fees.

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT

JUDGMENT BE ENTERED AGAINST DEFENDANT AND IN FAVOR OF

PLAINTIFF, AS FOLLOWS:

a)    That Plaintiff be awarded statutory damages;

b)    That Plaintiff be awarded the expenses of litigation including a

reasonable attorney fee;

c)    That the Court declare each and every defense raised by Defendant

to be insufficient; and

d)    That the Court grant such further and additional relief as is just in

the circumstances.

**Remainder of page left intentionally blank.**
**Signature page to follow.**

- 5 -

Respectfully Submitted,


THE LAW OFFICE OF JAMES M. FEAGLE, P.C.


By: _____

      James M. Feagle
      Attorney for Plaintiff
      Georgia Bar No. 256916

108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404-373-1970